UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ALFONSO BOLANOS, | No. 1:25-cv-00585-KES-EPG (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENTS' MOTION TO DISMISS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING CLERK OF COURT TO CLOSE CASE, AND DECLINING TO ISSUE A CERTIFICATE OF APPEALABILITY |
| v. | |
| PATRICK CORVELOO, et al., | |
| Respondents. | |
| | Docs. 11, 13 |

Petitioner Carlos Alfonso Bolanos is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 2, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting respondents' motion to dismiss and dismissing the petition without prejudice based on *Younger v. Harris*, 401 U.S. 37 (1971). Doc. 13. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within thirty days (30) after service. To date, no objections have been filed, and the time for doing so has passed.

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the case.  Having carefully reviewed the file, the Court determines the findings and recommendations to be supported by the record and proper analysis.

Having found that petitioner is not entitled to habeas relief, the Court now turns to whether a certificate of appealability should issue.  A petitioner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition, and an appeal is allowed only in certain circumstances.  *Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003); 28 U.S.C. § 2253. The Court should issue a certificate of appealability if "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'"  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 & n.4 (1983)).

In the present case, the Court finds that reasonable jurists would not find the Court's determination that the petition should be dismissed debatable or wrong, or that petitioner should be allowed to proceed further.  Therefore, the Court declines to issue a certificate of appealability.

Accordingly:

1.  The findings and recommendations issued on February 2, 2026, Doc. 13, are adopted in full;

2.  Respondents' motion to dismiss, Doc. 11, is granted;

3.  The petition for writ of habeas corpus is dismissed without prejudice;

4.  The Clerk of Court is directed to close the case; and

5.  The Court declines to issue a certificate of appealability.

IT IS SO ORDERED.

Dated:  __June 9, 2026__                    _____
                                            UNITED STATES DISTRICT JUDGE